UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MARQUISE GREEN,

    Plaintiff,

    v.                                                        Case No. 17-CV-1205

MARK SCHOMICH,
LT. MESSER,
CAPTAIN CONDON, and
DAVID CLARK,

    Defendants.

## REPORT AND RECOMMENDATION TO DISMISS COMPLAINT

    Marquise Green is representing himself. He filed a complaint along with a motion for leave to proceed without prepayment of the filing fee (*in forma pauperis*), pursuant to 28 U.S.C. § 1915. By order dated September 26, 2017, I ordered Green to forward to the Clerk of Court by October 18, 2017, the sum of $12.85 as an initial partial filing fee in this action. I also advised Green that, upon payment of this fee, it would determine whether the action can proceed without prepayment of the filing fee (*in forma pauperis*). Because Green did not submit the fee, in an Order to Show Cause dated October 25, 2017, I gave Green until November 17, 2017 to explain his failure to pay. I also advised Green that if he failed to respond to the order that I would recommend dismissal of his lawsuit without further notice. To date, Green has not responded. Accordingly, I recommend dismissal of Green's lawsuit for failure to prosecute.

    **NOW, THEREFORE, IT IS RECOMMENDED** that Green's complaint be dismissed for failure to prosecute.

Plaintiff's attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C) whereby written objections to any recommendation herein or part thereof may be filed within fourteen days of service of this recommendation. Failure to file a timely objection with the district court shall result in a waiver of your right to appeal. Objections are to be submitted to institution staff, who will scan and email the documents to the court. If plaintiff ceases to be incarcerated at a Prisoner E-Filing institution, he will be required to submit his objections to:

>Office of the Clerk
>United States District Court
>Eastern District of Wisconsin
>362 United States Courthouse
>517 E. Wisconsin Avenue
>Milwaukee, Wisconsin 53202

Dated at Milwaukee, Wisconsin this 13th day of December, 2017.

BY THE COURT:

*s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge